**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                                   (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**
   _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names
   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)
   — — – — — — — — — — —

4. **Debtor's address**

   **Principal place of business**

   _____
   Number      Street

   _____

   _____
   City          State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City          State    ZIP Code

5. **Debtor's website** (URL)
   _____

Debtor _____  Case number (*if known*)_____
           Name

| 6. | **Type of debtor** | ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❑ Partnership (excluding LLP) |
| | | ❑ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

❑ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check **all** that apply*:

  ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ❑ A plan is being filed with this petition.

  ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ❑ No |
| | If more than 2 cases, attach a separate list. | ❑ Yes.  District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

Debtor _____     Case number (*if known*)_____
Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

❑ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM  /  DD  / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?**_____
Number          Street

_____

_____   _____ _____
City                                          State ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

❑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

---

Debtor _____   Case number (*if known*)_____
        Name

| 15. **Estimated assets** | ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

| 16. **Estimated liabilities** | ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM   / DD / YYYY

✗ _____          _____
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

✗ _____   Date  _____
Signature of attorney for debtor                       MM    / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____   _____   _____
City                                         State       ZIP Code

_____          _____
Contact phone                               Email address

_____   _____
Bar number                                          State

| Fill in this information to identify the case: | |
| --- | --- |
| United States Bankruptcy Court for the:<br><br>**District of New Jersey**<br>(State) | ☐ Check if this is an amended filing |
| Case Number (*if known*):_____    Chapter__11 | |

**Rider 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Venetian Care & Rehabilitation Center, LLC.

- The Venetian Care & Rehabilitation Center, LLC
- Windsor Healthcare Management Limited Liability Company
- The Buckingham at Norwood Care & Rehabilitation Center, LLC
- Ashbrook Care & Rehabilitation Center, LLC
- Cornell Hall Care & Rehabilitation Center, LLC
- Greenbrook Manor Care & Rehabilitation Center, LLC
- Llanfair House Care & Rehabilitation Center, LLC
- Merwick Care & Rehabilitation Center, LLC
- The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC

# United States Bankruptcy Court
# District of New Jersey

In re __Merwick Care & Rehabilitation Center, LLC__          Case No. _____
                              Debtor(s)                      Chapter  __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Merwick Care & Rehabilitation Center, LLC in the above captioned action, certifies that the following isa (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

_____

_____

☒  None [*Check if applicable*]

4/23/2026
_____          /s/ Thomas A. Pitta_____
Date

                                           Signature of Attorney for Merwick Care &
                                           Rehabilitation Center, LLC

9279798v.1

Fill in this information to identify the case:

Debtor: Venetian Care & Rehabilitation Center, LLC, et al.

United States Bankruptcy Court for the District of New Jersey

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

**Chapter 11 or Chapter 9 Cases:  List of Creditors Who have the 30 Largest
Unsecured Claims and Are Not Insiders**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include
claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11
U.S.C. § 101 (31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from
inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1.  CHANGE HEALTHCARE OPERATIONS, LLC | 424 Church St Suite 1400 Nashville, TN 37219 | Trade debt | Unliquidated | | | $8,588,801.18 |
| 2.  ENCORE PREAKNESS, INC | P.O. BOX 933195 Cleveland, OH 44193 | Trade Debt | Unliquidated | | | $6,238,891.62 |
| 3.  ULTRABENEFITS INC | 22 Elm Street Suite 110, Worcester, MA 01608 | Trade Debt | Unliquidated | | | $4,746,584.18 |
| 4.  POWERBACK REHABILITATION | P.O. Box 821322 Philadelphia, PA 19182 | Trade Debt | Unliquidated | | | $2,799,699.04 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5. | HEALTHCARE SERVICES GROUP, INC | P.O. Box 829677 Philadelphia, PA 19182 | Trade Debt | Unliquidated | | | $1,295,970.71 |
| 6. | HALL BOOTH SMITH, P.C. | 15 E Midland Ave, Ste 3, Paramus, NJ 07652 | Professional services | Unliquidated | | | $1,293,791.94 |
| 7. | TAKE COMMAND | 1410 E. Renner Rd., Suite 200, Richardson, TX 75082 | Trade Debt | Unliquidated | | | $1,155,884.41 |
| 8. | BUCHANAN INGERSOLL ESQS. | 501 Grant Street Pittsburgh, PA 15219-4413 | Professional services | Unliquidated | | | $692,376.38 |
| 9. | JOHNSON, KENDALL & JOHNSON, INC. | 109 Pleasant Run, Newton, PA 18940 | Trade Debt | Unliquidated | | | $609,150.83 |
| 10. | HEALTHCARE ADVOCATES | 310 West Master Street, Philadelphia, PA 19122 | Trade Debt | Unliquidated | | | $475,585.92 |
| 11. | SEIU NATIONAL INDUSTRY PENSION FUND | P.O. Box 5356 Carol Stream, IL 60197 | Trade Debt | Unliquidated | | | $365,937.06 |
| 12. | SYSCO METRO NEW YORK | 20 Theodore Conrad Drive, Jersey City, NJ 07305 | Trade Debt | Unliquidated | | | $355,084.91 |
| 13. | MEDLINE INDUSTRIES, INC. | P.O. Box 382075, Pittsburgh, PA 15251 | Trade Debt | Unliquidated | | | $343,806.95 |
| 14. | WASTE MANAGEMENT OF NORTHEAST NJ, INC. | P.O. BOX 13648, Philadelphia, PA 19101 | Trade Debt | Unliquidated | | | $326,662.55 |

Official Form 204         **Chapter 11 of Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims**   page 2

9277563v.2

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15. POINT CLICK CARE TECHNOLOGIES INC. | P.O. Box 674802, Detroit, MI 48267 | Trade Debt | Unliquidated | | | $301,416.13 |
| 16. ADP, LLC | P.O. Box 842875, Boston, MA 02284-2875 | Trade Debt | Unliquidated | | | $242,817.58 |
| 17. BANKDIRECT CAPITAL FINANCE | Two Conway Park 150 North Field Drive, Suite 190, Lake Forest, IL 60045 | Trade Debt | Unliquidated | | | $207,513.15 |
| 18. WELLSKY CORPORATION (REFERRAL) | P.O. Box, 200086 Dallas, TX 75320 | Trade Debt | Unliquidated | | | $170,000.00 |
| 19. INSIGHT PUBLIC SECTOR, INC. | P.O. Box 731072, Dallas, TX 75373-1072 | Trade Debt | Unliquidated | | | $152,142.09 |
| 20. DISTRICT 1199J NATIONAL UNION OF HOSP | 325 Chestnut Street, Suite 215, Philadelphia, PA 19106 | Trade Debt | Unliquidated | | | $140,164.72 |
| 21. WELLSKY CORPORATION | P.O. Box 200086, Dallas, TX 75320 | Trade Debt | Unliquidated | | | $139,784.59 |
| 22. MEDICAL NUTRITION THERAPY ASSOCIATES, LLC | 1382 Lanes Mill Rd, STE 101, Lakewood, NJ 08701 | Trade Debt | Unliquidated | | | $131,300.00 |
| 23. FASTRAD, LLC | 1000 Central Avenue Woodmere, NY 11598 | Trade Debt | Unliquidated | | | $127,667.50 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral of setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24. NETWORK DOCTOR NJ LLC | 600 Sylvan Avenue, Suite 212, Englewood Cliffs, NJ 07632 | Trade Debt | Unliquidated | | | $125,146.65 |
| 25. ESTATE OF MARILYN JACKSON-STREETER AND | Davis & Brusca, LLC 100 Charles Ewing Blvd, Ewing, NJ 08628 | Trade Debt | Unliquidated | | | $108,900.00 |
| 26. AMTRUST NORTH AMERICA, INC. | P.O. Box 94557, Cleveland, OH 44101 | Trade Debt | Unliquidated | | | $106,277.63 |
| 27. FASTEN HALBERTSTAM LLP | 40 Wall Street, Suite 3602, New York, NY 10005 | Trade Debt | Unliquidated | | | $93,102.00 |
| 28. TEAMSTERS LOCAL #97 BENEFITS FUND | 136 Central Avenue, Clark, NJ 07066 | Trade Debt | Unliquidated | | | $92,363.47 |
| 29. ACULABS, INC. | 2 Kennedy Boulevard, East Brunswick, NJ 08816 | Trade Debt | Unliquidated | | | $85,744.10 |
| 30. LIFE RIDE INC | 70 South Orange Ave, STE 220, Livingston, NJ 07039 | Trade Debt | Unliquidated | | | $84,768.20 |

Official Form 204       **Chapter 11 of Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims**   page 4

9277563v.2

# RESOLUTIONS OF MANAGERS OF THE COMPANIES

April 23, 2026

The undersigned, (i) Hyman Jacobs ("**Hyman**"), being (a) the manager of Llanfair House Care & Rehabilitation Center, LLC ("**Llanfair**") and Windsor Healthcare Management Limited Liability Company ("**WHCM**") and (b) the manager of Buckingham-Canterbury Parent, LLC, being the sole member of The Buckingham at Norwood Care & Rehabilitation Center, LLC ("**Buckingham**"), (ii) Joshua Jacobs ("**Joshua**"), being the manager of Cornell Hall Care & Rehabilitation Center, LLC ("**Cornell**"), Merwick Care & Rehabilitation Center, LLC ("**Merwick**") and The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC ("**Canterbury**"), (iii) Batsheva Katz ("**Batsheva**"), being the manager of Greenbrook Manor Care & Rehabilitation Cetner, LLC ("**Greenbrook**") and (iv) Michael Jacobs ("**Michael**", and together with Hyman, Jacob and Batsheva, the "**Managers**"), being the manager of The Venetian Care and Rehabilitation Center, LLC ("**Venetian**") and Ashbrook Care & Rehabilitation Center, LLC ("**Ashbrook**", and together with Llanfair, WHCM, Buckingham, Cornell, Merwick, Canterbury, Greenbrook and Venetian, the "**Companies**" and each, a "**Company**"), do hereby adopt the following resolutions:

**WHEREAS**, the Managers have reviewed and considered the financial and operational condition of the Companies and the Companies' business on the date hereof, including the historical performance of the Companies, the assets of the Companies, the current and long-term liabilities of the Companies, and the market for the Companies' products;

**WHEREAS**, the Managers have received, reviewed and considered the recommendations of the Companies' legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code;

**NOW**, **THEREFORE**, **IT IS**:

**RESOLVED** that, in the judgment of the Managers, it is desirable and in the best interests of the Companies, and its creditors, stockholders and other interested parties, that voluntary petitions be filed by each of the Companies commencing cases under the provisions of chapter 11 of title 11 of the United States Code (the "**Chapter 11 Cases**");

**RESOLVED FURTHER** that Jacen Dinoff, the Chief Winddown Officer of each Company, and/or such other officer(s) as the Managers direct (each, an "**Officer**" and collectively, the "**Officers**") be, and they each hereby are, authorized and directed to execute and file on behalf of the Companies all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain relief for the Companies under chapter 11 of title 11 of the United States Code;

**RESOLVED FURTHER** that the Officers of the Companies are hereby authorized, and each Officer shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to employ and retain (i) Emmet, Marvin & Martin,

9278335v.5

LLP, as bankruptcy counsel and (b) KCP Advisory Group, as financial advisor, with Jacen Dinoff serving as Chief Winddown Officer, in each case in connection with the Chapter 11 Cases;

**RESOLVED FURTHER**, that the Officers of the Companies be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Companies as are deemed necessary to represent and assist the Companies in carrying out the Companies' duties under title 11 of the United States Code, and in connection therewith, the Officers of the Companies are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

**RESOLVED FURTHER**, that the Officers of the Companies be, and they hereby are, authorized and empowered to take or cause to be taken any and all actions, execute and file any and all documents or pleadings pursuant to the applicable provisions of the title 11 of the United States Code, as may be appropriate in furtherance of a plan of liquidation;

**RESOLVED FURTHER**, that the Officers of the Companies be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Companies, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED FURTHER**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Managers, in the name and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

**RESOLVED FURTHER** that the foregoing powers and authorizations shall continue in full force and effect until revoked in writing by the Managers;

**RESOLVED FURTHER** that this certification may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

[Signature page to follow.]

-2-

In certification of this Resolution of the Managers, I do set my hand and seal this 23rd day of April, 2026.

Name: Hyman Jacobs
Title: Manager of Llanfair House Care & Rehabilitation Center, LLC, Windsor Healthcare Management Limited Liability Company and Buckingham-Canterbury Parent, LLC (as sole member of The Buckingham at Norwood Care & Rehabilitation Center, LLC)

Name: Michael Jacobs
Title:   Manager of Ashbrook Care & Rehabilitation Center, LLC and The Venetian Care and Rehabilitation Center, LLC

Name: Joshua Jacobs
Title:   Manager of Merwick Care & Rehabilitation Center, LLC, Cornell Hall Care & Rehabilitation Center, LLC, and The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC

Name: Batsheva Katz
Title:   Manager of Greenbrook Manor Care & Rehabilitation Center, LLC

-3-

**United States Bankruptcy Court**

**District of New Jersey**

In re    Merwick Care & Rehabilitation Center, LLC                    Case No.    _____
                                        Debtor(s)            Chapter        11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    April 23, 2026_____                    /s/ Jacen Dinoff_____
                                            Jacen Dinoff
                                            Chief Winddown Officer

CHANGE HEALTHCARE OPERATIONS, LLC
424 CHURCH ST., SUITE 1400
Nashville, TN 37219

ENCORE PREAKNESS, INC
P.O. BOX 933195
Cleveland, OH 44193

ULTRABENEFITS INC
22 ELM STREET SUITE 110
Worcester, MA 01608

POWERBACK REHABILITATION
P.O. BOX 821322
Philadelphia, PA 19182

HEALTHCARE SERVICES GROUP, INC
P.O. BOX 829677
Philadelphia, PA 19182

HALL BOOTH SMITH, P.C.
15 E MIDLAND AVE STE 3A
Paramus, NJ 07652

TAKE COMMAND
1410 E. RENNER RD., SUITE 200
Richardson, TX 75082

BUCHANAN INGERSOLL ESQS.
UNION TRUST BUILDING 501 GRANT STREET
Pittsburgh, PA 15219-4413

JOHNSON, KENDALL & JOHNSON, INC.
109 PLEASANT RUN
NEWTOWN, PA 18940

HEALTHCARE ADVOCATES
310 WEST MASTER STREET
Philadelphia, PA 19122

SEIU NATIONAL INDUSTRY PENSION FUND
P.O. BOX 5356
CAROL STREAM, IL 60197

SYSCO METRO NEW YORK
20 THEODORE CONRAD DRIVE
Jersey City, NJ 07305

MEDLINE INDUSTRIES, INC.
P.O. BOX 382075
PITTSBURGH, PA 15251

WASTE MANAGEMENT OF NORTHEAST NJ, INC.
PO BOX 13648
Philadelphia, PA 19101

POINT CLICK CARE TECHNOLOGIES INC.
P.O. BOX 674802
Detroit, MI 48267

ADP, LLC
PO BOX 842875
BOSTON, MA 02284-2875

BANKDIRECT CAPITAL FINANCE
TWO CONWAY PARK 150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045

WELLSKY CORPORATION (REFERRAL)
PO Box 200086
Dallas, TX 75320

INSIGHT PUBLIC SECTOR, INC.
PO BOX 731072
Dallas, TX 75373-1072

DISTRICT 1199J NATIONAL UNION OF HOSP
325 Chestnut Street Suite 215
Philadelphia, PA 19106

wellsky corp
PO Box 200086
Dallas, TX 75320

MEDICAL NUTRITION THERAPY ASSOCIATES, LLC
1382 LANES MILL RD STE 101
Lakewood, NJ 08701

FASTRAD, LLC
1000 CENTRAL AVENUE
WOODMERE, NY 11598

NETWORK DOCTOR NJ LLC
600 SYLVAN AVENUE SUITE 212
Englewood Cliffs, NJ 07632

ESTATE OF MARILYN JACKSON-STREETER AND
DAVIS & BRUSCA, LLC 100 CHARLES EWING BLVD
Ewing, NJ 08628

AMTRUST NORTH AMERICA, INC.
P.O. BOX 94557
Cleveland, OH 44101

FASTEN HALBERTSTAM LLP
40 WALL STREET SUITE 3602
New York, NY 10005

TEAMSTERS LOCAL #97 BENEFITS FUND
136 CENTRAL AVENUE
CLARK, NJ 07066

ACULABS, INC.
2 KENNEDY BOULEVARD
EAST BRUNSWICK, NJ 08816

LIFE RIDE INC
70 SOUTH ORANGE AVE STE 220
Livingston, NJ 07039

COMMUNICATION WORKERS OF AMERICA
PO BOX 79176
Baltimore, MD 21279

1199 GREATER NEW YORK EDUCATION FUND
PO BOX 796
NEW YORK, NY 10108

QUALMAX SUPPLIES
60 Grant Ave
Carteret, NJ 07008

ACCESS INC.
P.O. BOX 782998
PHILADELPHIA, PA 19178

PROCUREMENT PARTNERS, LLC
PO BOX 930180
ATLANTA, GA 31193-0180

MEMIC INDEMNITY COMPANY
PO BOX 9500
LEWISTON, ME 04243-6900

FOCUSINC INTERNATIONAL CORP
14 EAST MAYER DRIVE
SUFFERN, NY 10001

VACO LLC
P.O. BOX 667
Brentwood, TN 37024

DR. HARPREET SIDHU, M.D.
17 MARIAN DRIVE
WEST WINDSOR, NJ 08550

GRAS LAWN
950 AIRPORT ROAD
Lakewood, NJ 08701

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087

THE ESTATE OF ERNEST KOVATCH AND
301 OXFORD VALLEY ROAD SUITE 205B
Yardley, PA 19067

OCCUPATIONAL HEALTH CENTERS OF NEW JERSEY, P.A.
P.O. BOX 8750
ELKRIDGE, MD 21075

AMERIFACTORS
P.O. BOX 628328
Orlando, FL 32862

ESTATE OF HAZEL L. MOORE AND
DAVIS & BRUSCA, LLC 100 CHARLES EWING BLVD
Ewing, NJ 08628

INTERIM QUALITY PARTNERS LLC
136 PEAR TREE LANE
Franklin Park, NJ 08823

CURAVI HEALTH, INC
600 GRANT STREET US STEEL TOWER
Pittsburgh, PA 15219

THE NJ HEALTHCARE WORKERS ALLIANCE
555 ROUTE 1 SOUTH
ISELIN, NJ 08830

SILVERSPHERE, LLC
265 CLYDE MORRIS BLVD
Ormond Beach, FL 32174

NETSMART TECHNOLOGIES INC.
11100 NALL AVENUE
Overland Park, KS 66211

DIFRANCESCO BATEMAN ATTORNEY TRUST ACCT
15 MOUNTAIN BLVD
Warren, NJ 07059

CENTERS FOR MEDICARE AND MEDICAID SERVICES
DIVISION OF ACCOUNTING OPERATIONS MAIL STOP: C3-11-03 PO BOX 7520
BALTIMORE, MD 21207

SUPPLYLINE MEDICAL
1750 Cedarbridge Ave SUITE 4
Lakewood, NJ 08701

Estate of Connie Rutigliano
103A Kensington Terrace
Princeton, NJ 08540

DYNAMIC MANPOWER CONSULTING
9107 BOWLING GREEN DRIVE
Frederick, MD 21704

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
27 WATERVIEW DRIVE
Shelton, CT 06484

DR. MAREK R. LUPICKI, M.D.
200 PERRINE ROAD SUITE 211
OLD BRIDGE, NJ 08857

NET HEALTH SYSTEMS, INC.
40 24th Street 1st Floor
Pittsburgh, PA 15222

KONICA MINOLTA PREMIER FINANCE
PO BOX 070241
Philadelphia, PA 19176

THE ESTATE OF KATHERINE SCHMIDT
26 SWIFT CT.
Clifton, NJ 07014

DE LUCA LEVINE ESCROW ACCOUNT
3 VALLEY SQUARE SUITE 220
Blue Bell, PA 19422

KAREN STEFANELL
173 STRAWBERRY HILL AVENUE
Woodbridge, NJ 07095

PLATINUM CARE INC.
246 52nd Street
Brooklyn, NY 11220

DR. DAVID S. HAACKER, MD, PC
443 NORTHFIELD AVE SUITE 301
West Orange, NJ 07052

VICTORY PEST SOLUTIONS
315 WOOTTON STREET SUITE B
BOONTON, NJ 07005

Selective Insurance
PO Box 782747
Philadelphia, PA 19178

PRATIK B. PATEL MD
294 Applegarth Rd
Monroe Township, NJ 08831

DISTRICT 1199J NJ BENEFIT FUND
ATTN: MARY NEGRON P.O. BOX 998
NEWARK, NJ 07102

THE ESTATE OF JOHN KOSAKOWSKI
C/O DAVID MIKOLAI, 19 CIVIC CTR DR. APT. 7
East Brunswick, NJ 08816

WINDSOR HEALTHCARE MANAGMENT TRUST
23 FOUNDRY ST 2ND FLOOR
Newark, NJ 07105

SHRED IT USA LLC
28883 Network Place
Chicago, IL 60673-1288

JOHN OKEEFE
604 CRAZY HORSE CIRCLE
Edwards, CO 81632

CAMPETT GROUP LLC
2 NORTH ST SUITE 2 C
Waldwick, NJ 07463

AMR Nurse Consultants Inc.
505 Lakeside Park
Southampton, PA 18966

CROKER FIRE SAFETY CORPORATION
235 BROOKSITE DRIVE
HAUPPAUGE, NY 11788

ACCENT
PO BOX 952366
Saint Louis, MO 63195-2366

STERICYCLE, INC
PO BOX 6582
CAROL STREAM, IL 60197

BAY POINT ELECTRICAL CONTRACTORS, LLC
10 PULSCH STREET, PO BOX 120
Port Monmouth, NJ 07758

GARDEN STATE LAND DESIGN, INC.
94 CHESTERFIELD JACOBSTOWN ROAD
North Hanover, NJ 08562

DISTRICT 1199J PENSION FUND
ATTN: MARY NEGRON P.O. BOX 998
NEWARK, NJ 07102

CASE MANAGEMENT SOLUTIONS, LLC.
475 NORTHERN BLVD SUITE 37
GREAT NECK, NY 11021

WAYSTAR, INC.
888 W. MARKET ST
Louisville, KY 40202

DAVID M. SHLOSH
7810 RIDGE BOULEVARD
Brooklyn, NY 11209

THE ESTATE OF JAMES TEDESCO
241 4TH STREET
HAZLET TOWNSHIP, NJ 07734

RAJAN LEGAL PC ATTORNEY TRUST
3146 STATE ROUTE 27 SUITE 202
Kendall Park, NJ 08824

1199 SEIU POLITICAL ACTION
PO BOX 2665
New York, NY 10108

LEGEND MEDICAL PRODUCTS INC.
115 TWINBRIDGE DRIVE UNIT C
PENNSAUKEN, NJ 08110

TEAMSTERS 97 DUES
136 CENTRAL AVENUE
Clark, NJ 07066

PATIENTPING, INC.
PO BOX 392757
Pittsburgh, PA 15251-9757

GIUSEPPIN SICILIANO
OPG-OFFICE OF PUBLIC GUARDIAN PO BOX 812
Trenton, NJ 08625

DR. VARUN BHATIA
2633 EDWARD STEC BLVD
Edison, NJ 08837

JUMANA CHALABI
250 OLD HOOK ROAD SUITE 303B
Westwood, NJ 07675

GREAT AMERICA FINANCIAL SERVICES
P.O. BOX 660831
DALLAS, TX 75266

TOWER WATER MANAGEMENT
5 SHIRLEY AVENUE
Somerset, NJ 08873

EXECUCARE ASSOCIATES, LLC.
P.O. BOX 1048
Jackson, NJ 08527

ASSA ABLOY ENTRANCE SYSTEMS US INC
P.O. BOX 827375
PHILADELPHIA, PA 19182

MARIANNA RESNICK
3811 RAMAGE RUN
Huntingdon Valley, PA 19006

CHARLES A. GORDON LLC
6 PORT AU PRINCE ROAD
Hilton Head, SC 29928

ONTELLUS
701 SAN JACINTO ST PO BOX 52969
Houston, TX 77002

PRINCETON MEDICAL CENTER FOUNDATION
5 PLAINSBORO ROAD SUITE 365
Plainsboro, NJ 08536

ABLE MEDICAL TRANSPORTATION, INC.
P.O. BOX 6837
BRIDGEWATER, NJ 08807

APPROVED STORAGE AND WASTE HAULING INC
110 EDISON AVENUE
MOUNT VERNON, NJ 10550

ESTATE OF KAREN LEWIS-HARDWICK
35 W. SUMMER AVENUE
Union, NJ 07083

ALLMED TRANSPORTATION
1030 W LINDEN AVE
Linden, NJ 07036

THE ESTATE OF CONSTANTIN CRUJEIRAS
233 ELMWOOD AVE.
Maplewood, NJ 07040

DR. MATTHEW CHOLANKERIL, M.D.
321 E. GROVE STREET Unit 11
Westfield, NJ 07090

DR. SABAH VAROQUA
975 CLIFTON AVENUE #4
Clifton, NJ 07013

ESTATE OF EILEEN SIRIGNANO
9 RHONDA PLACE WANAQUE
Wanaque, NJ 07465

WIRELESS WATCHDOGS, LLC
PO BOX 23189
New York, NY 10087-3189

EDWARD DON & COMPANY
2562 PAYSHPERE CIRCLE
Chicago, IL 60674

STANDARD INSURANCE COMPANY
P O BOX 3789
PORTLAND, OR 97228

DONALD A. DENNISON, ESQ
3 BECKER FARM ROAD SUITE 105
Roseland, NJ 07068

OCCUPATIONAL HEALTH PLAINSBORO
PO BOX 824320
Philadelphia, PA 19182

PURCHASE POWER, INC.
PO BOX 371874
Pittsburgh, PA 15250

EVERGREEN MEDICAL SERVICES, LLC
4225 EXECUTIVE SQUARE SUITE 370, LA JOLLA
La Jolla, CA 92037

SOLOMON PAGE GROUP LLC
P.O. BOX 75314
CHICAGO, IL 60675

LOCAL 312
400 STATE ROUTE 34 SUITE D
Matawan, NJ 07747

LEWIS LITIGATION SUPPORT & CLINICAL CONS
108 HANSEN AVENUE
Butler, PA 16001

STREAMLINE VERIFY LLC
100 BOULEVARD OF THE AMERICAS
Lakewood, NJ 08701

APEX GLOBAL SOLUTIONS
400 RELLA BOULEVARD SUITE 200
Montebello, NY 10901

WELLS FARGO VENDOR FIN SERV
P.O. BOX 070241
PHILADELPHIA, PA 19176-0241

CULLEN & DYKMAN LLP
433 HACKENSACK AVENUE
Hackensack, NJ 07601

DR. MEDHAT M. RAOUF
52 SKYLINE DRIVE
Ringwood, NJ 07456

RELIABLE FIRE PROTECTION, CORP
20 MERIDIAN ROAD SUITE 1
EATONTOWN, NJ 07724

US LEGAL SUPPORT, INC.
P.O. BOX 4772
Houston, TX 77210

DANIELS SHARPSMART, INC.
PO BOX 735290
Dallas, TX 75373

ESTATE OF STEVEN S. PORTER
725 RIVERVALE ROAD
River Vale, NJ 07675

GARRY D RUBEN, M.D.
11120 NEW HAMPSHIRE AVE. SUITE 201
Silver Spring, MD 20904

Xiaomei Qi
244 S Walter Avenue
Trenton, NJ 08629

ESTATE OF DOROTHY DONNELLY
408 THOMPSON AVE
Roselle, NJ 07203

ECOLAB INC
PO BOX 32027
New York, NY 10087

H&R HEALTH CARE
1750 OAK STREET
LAKEWOOD, NJ 08701

ESTATE OF FAY STATES
C/O KATHY MCDONALD 105 MIRY BROOK RD
Hamilton, NJ 08690

GARY B. CORNICK
210 E. MAIN STREET
Somerville, NJ 08876

INDUSTRIAL CHEM. LABS AND SERVICES INC.
55-G BROOK AVE.
DEER PARK, NY 11729

RUSSELL REID INC.
P.O. BOX 735008
Dallas, TX 75373

COZZINI BROS INC.
350 HOWARD AVENUE
Des Plaines, IL 60018

PRINCETON FUEL OIL CO.
125 HOVEY AVENUE
Hamilton, NJ 08610

ALLSTATE MEDICAL
34 35TH STREET
BROOKLYN, NY 11232

U.S. LEGAL SUPPORT, INC.
P.O BOX 4772
Houston, TX 77210

BRIGGS HEALTHCARE
7887 University Blvd
Clive, IA 50325

KCI USA, INC.
PO BOX 301557
DALLAS, TX 75303

FOODPREP SOLUTIONS, LLC
PO BOX 1221
Bridgeport, CT 06601

SIGNATURE ELEVATOR MAINTENANCE, INC
1086 MYRTLE AVENUE SUITE 202
Brooklyn, NY 11206

Treasurer, State of New Jersey
DCA ELSA PO BOX 816
TRENTON, NJ 08625-0816

SELECT HEALTH CAREER TRAINING CENTER LLC
1550 PARK AVENUE SUITE 202
South Plainfield, NJ 07080

SHOES FOR CREWS, LLC
PO BOX 734176
Chicago, IL 60673-4176

ARLINGTON SCALE CO., INC.
38 DAVEY STREET
Bloomfield, NJ 07003

COSKEY ELECTRONIC SYSTEMS LLC
656 Georges Road
North Brunswick, NJ 08902

ESTATE OF ANDREW KURUCZ

CALLCARE
PO BOX 4651
Lancaster, PA 17604

UFCW LOCAL 312 HEALTH FUND
400 STATE ROUTE 34 SUITE D
MATAWAN, NJ 07747

COUNTY OF UNION PARATRANSIT SYSTEM
10 ELIZABETHTOWN PLAZA 2ND FL
Elizabeth, NJ 07207

COUNTY OF UNION, DIVISION OF EMERGENCY S
400 NORTH AVENUE EAST
Westfield, NJ 07090

CITY OF SOUTH AMBOY
140 NORTH BROADWAY
South Amboy, NJ 08879